UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),

                              Case No. 06-CR-20581-01

vs.

                              HON. GEORGE CARAM STEEH

JAKE CUNNINGHAM,

        Defendant(s).
_____/

## ORDER DISMISSING ARREST WARRANT AND TERMINATING SUPERVISION

The court being advised that the defendant's term of supervision expired on March 1, 2012 and this court's warrant for violation of supervised release conditions was issued on May 29, 2012, now therefore the arrest warrant is hereby cancelled and dismissed and the supervised release of defendant is terminated and discharged.

      **SO ORDERED** .

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

Dated: January 11, 2013

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on
January 11, 2013, by electronic and/or ordinary mail.

                                        s/Marcia Beauchemin
                                        Case Manager/Deputy Clerk